**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Louis Friedman and Elisheva Friedman  CASE NO.: 05–22717–ash

aka   Elisheva Hylton

SSN/TAX ID: xxx–xx–0594    xxx–xx–0687    CHAPTER: 7

---

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Jeffrey L. Sapir–7 is discharged as trustee of the estate; the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: March 7, 2006

                                                    Adlai S. Hardin Jr., Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0208-7            User: atavarez              Page 1 of 1                 Date Rcvd: Mar 07, 2006
Case: 05-22717                  Form ID: 149                Total Served: 5
```

```
The following entities were served by first class mail on Mar 09, 2006.
db         +Elisheva Friedman,    3 Krashes Ct.,    Monsey, NY 10952-4532
db         +Louis Friedman,    3 Krashes Ct.,    Monsey, NY 10952-4532
aty        +Shmuel Klein,    Law Office of Shmuel Klein P.C.,    268 Route 59,    Spring Valley, NY 10977-5224
tr         +Jeffrey L. Sapir-7,    As Chapter 7 Trustee,    399 Knollwood Road,    Suite 102,
             White Plains, NY 10603-1936
ust        +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2006**                                Signature:  *Joseph Speetjens*