**Transcript of the phone call made between Louis Friedman and Customer Service Representative Rory on September 25, 2009 at 4:00 p.m.**

Rory: Thank you for calling Orange & Rockland this is Rory may I have your account number please?

Mr. Friedman: I don't have an account, I would like to open one.

Rory: At what address?

Mr. Friedman: 49 Twin Avenue (silence) I'm going to be moving in there as of the 15th of October.

Rory: What apartment?

Mr. Friedman: uh…49B

Rory: What is your name?

Mr. Friedman: Louis Friedman

Rory: Ok do you know who the owner is?

Mr. Friedman: as the owner of the house…

Rory: Yea

Mr. Friedman: I'm paying, I'm gonna pay rent for JCW Management

Rory: But you know who the owner is? Because I have somebody that just connected in there. They're connecting in as of October One so you both can't be moving in the same unit.

Mr. Friedman: As the owner, the owner is as JCW Management, Mr. Weiss or is it called Affordable whatever that is

Rory: Ok and have you ever had service with us before?

Mr. Friedman: Ah many years ago

Rory: Ok what is your social security number?

Mr. Friedman: 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

Rory: and you had service at 179 Saddle River Road

Mr. Friedman: that is correct

Rory: Ok you have a balance here of $620.53

Mr. Friedman: But I think, not I think I know, I filed for bankrutpcy back in 2005 and I got already discharge and you guys were included there.

Rory: Ok we never were notified of that.

Mr. Friedman: Hmmhmm ok so what does that mean?

Rory: Do you still have the bankruptcy papers?

Mr. Friedman: I don't think so, so you're seeing a balance there?

Rory: yes sir

Mr. Friedman: All right, now you're saying as of October 1st it goes off form the pervious owner, that Hala, the owner Hala?

Rory: No October 1st somebody is connecting service here. I wanted to make sure you had the right unit because you cant have two people connecting at the same unit.

Mr. Friedman: Right, I know that my landlord told me he's going to try call O&R if he could do it on his name, it not I would go on my mane and he never called me back. So that's why I'm asking, my landlord's called Mr. Weiss. He has two companies, one is JCW Management and the other one is Affordable Management and the tenant, the name is Hala is moving out. SO if he connected it then that is fine. So ok

Rory: Yes he has the service in his name so you don't want to do it then?

Mr. Friedman: No, I don't if he did it fine. Thank you

Rory: You're welcome

Mr. Friedman: Ok

**Call Ended. Call Length 2:42**